UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022
```

-------------------------------------------------------------- X
        :
LEO DIAZ,        :
        :
        Plaintiff,   :      1:21-cv-11106-GHW
        :
    -v -      :      ORDER
        :
PHILLIPS 66 PARTNERS LP, et al.,   :
        :
        Defendants.  :
        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed

to submit a joint letter via ECF and to email a joint proposed Case Management Plan and

Scheduling Order to Chambers by no later than March 30, 2022. Dkt. No. 4. The Court has not

received the parties' submissions. The parties are directed to submit their joint letter via ECF and to

email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than

April 4, 2022.

SO ORDERED.

Dated: March 31, 2022
    New York, New York

                        _____
                        GREGORY H. WOODS
                        United States District Judge